IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:20MJ 296 |
| | ) | |
| ROGER CUSTER, | ) | |
| | ) | Court Date: November 2, 2020 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7870254)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROGER CUSTER, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ Sean Rowland

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23 2020, a true and correct copy of the Criminal Information was mailed to the defendant at:

Roger Custer
1330 Twigg Avenue
Lebanon, Pennsylvania 17046

                                  By: _/s/ Sean Rowland_
                                        Sean Rowland
                                        Special Assistant United States Attorney
                                        United States Attorney's Office
                                        Eastern District of Virginia
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Phone: (703) 299-3776
                                        Fax: (703) 299-3980
                                        Email: sean.rowland@usdoj.gov